

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Danny Gipson, Appellant

No. 06-20-00066-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 10F0430-005). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by replacing the statement under the "Terms of Plea Agreement" section with "Defendant to plead guilty to charged offense after State dismisses enhancement allegations, punishment to be assessed by Court." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Danny Gipson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 29, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk